UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN KRAUS-SILFEN on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:25-cv-00168-JPH-MJD |
| ELANCO ANIMAL HEALTH, INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER DIRECTING FILING OF MOTION TO APPROVE SETTLEMENT**

The Court has been advised by counsel that a resolution has been reached in this action as to the claims against Defendant Chewy, Inc. ONLY.  *See* [Dkt. 206].  Therefore, Docket Nos. 58 and 179 are **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED** as to Chewy, Inc. ONLY.  In addition, **the Clerk shall note at Docket Number 58 that the motion has been withdrawn as to Chewy, Inc., only**.

**Within sixty (60) days of the date of this order**, counsel for the relevant parties shall file an appropriate motion seeking approval of the settlement as to Chewy, Inc.  Additional time to complete the execution of the necessary documents may be granted for good cause shown, if requested in writing before expiration of this period.

SO ORDERED.

Dated:  13 FEB 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.