UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN KRAUS-SILFEN on behalf of herself and all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> ELANCO ANIMAL HEALTH, INC., et al., </br></br> Defendants. | ) ) ) ) ) ) ) No. 1:25-cv-00168-JPH-MJD ) ) ) ) ) |

**ORDER DIRECTING FILING OF MOTION TO APPROVE SETTLEMENT**

A resolution has been reached in this action as to the claims against Defendant Elanco Animal Health, Inc., ONLY.  Therefore, Docket No. 58 is **DENIED AS MOOT as to Defendant Elanco Animal Health, Inc., only** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED** as to Defendant Elanco Animal Health, Inc., ONLY.

**Within sixty days of the date of this order**, counsel for the relevant parties shall file an appropriate motion seeking approval of the settlement as to Defendant Elanco Animal Health, Inc. Additional time to complete the execution of the necessary documents may be granted for good cause shown, if requested in writing before expiration of this period.

SO ORDERED.

Dated:  20 FEB 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.